UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND ☑ DIVISION

Carl A. Wescott

*(Enter full name of plaintiff(s))*

**Plaintiff(s),**

v.

Roger M. Pollock

*(Enter full name of ALL defendant(s))*

**Defendant(s).**

Civil Case No. 3:23-CV-145 YY
*(to be assigned by Clerk of the Court)*

**APPLICATION TO PROCEED**
*IN FORMA PAUPERIS*

I, Carl A. Wescott, declare that I am the plaintiff in the above-entitled proceeding. In support of my request to proceed without prepayment of fees under 28 U.S.C. § 1915, I declare that I am unable to pay the fees for these proceedings or give security therefor, and that I am entitled to the relief sought in the complaint or petition.

In support of this application, I answer the following questions:

1. Are you currently incarcerated?   ☐ Yes   ☑ No

    If "Yes," state the place of your incarceration: _____

    **If "Yes" and you are filing a civil action or habeas corpus proceeding, have the institution fill out the Certificate portion of this application and attach a certified copy of your prison trust account showing transactions for the past six (6) months.**

2. Are you currently employed?   ☐ Yes   ☑ No   ☐ Self-employed

    a. If the answer is "Yes," state:

        Employer's name: _____

        Employer's address: _____

        Amount of take-home pay or wages: $ _____ per _____ *(specify pay period)*

b.  If the answer is "No," state:

   Name of last employer: The SparkLabs Group

   Address of last employer: 3584 Lupine Avenu, Palo Alto, CA 94303-4429

   Date of last employment: July 2019

   Amount of take-home salary or wages: $ 12,500 per month (*specify pay period*)

3. Is your spouse employed?  ☐ Yes  ☐ No  ☐ Self-employed  ☒ Not applicable

   a.  If the answer is "Yes," state:

   Employer's name: _____

   Employer's address: _____

   Amount of take-home pay or wages: $_____ per _____ (*specify pay period*)

   b.  Do you have access to your spouse's funds to pay the filing fee in this case?  ☐ Yes  ☒ No

   Please explain your answer below:

   Not married

   c.  If your spouse's income or assets are available to you to pay the filing fee in this case, would your spouse have enough money left to pay for his or her own expenses?

   ☐ Yes  ☒ No    If the answer is "No," please explain below:

   Not married

4. In the past 12 months have you received any money from any of the following sources?

   a.  Business, profession, or other self-employment  ☐ Yes  ☒ No

   If "Yes," state:  Amount received:  $ _____

   Amount expected in future:  $ _____

   b.  Rent payments, interest, or dividends  ☒ Yes  ☐ No

   If "Yes," state:  Amount received:  $ less than $1 (best guess)  (CREDIT UNION Interest)

   Amount expected in future:  $ _____

c.  Pensions, annuities, or life insurance payments  ☐ Yes  ☑ No

  If "Yes," state:  Amount received:  $ _____

  Amount expected in future:  $ _____

d.  Disability or workers' compensation payments  ☐ Yes  ☑ No

  If "Yes," state:  Amount received:  $ _____

  Amount expected in future:  $ _____

e.  Gifts or inheritances  ☐ Yes  ☑ No

  If "Yes," state:  Amount received:  $ _____

  Amount expected in future:  $ _____

f.  Any other sources  ☑ Yes  ☐ No

  If "Yes," state:  Source: I receive about $280 from EBT/SNAP/food stamps (Exhibit A)

  Amount received: per month $ _____

  Amount expected in future:  $ _____

5.  Do you have cash or checking or savings accounts? (including prison trust accounts)?  ☑ Yes  ☐ No

  If "Yes," state the total amount: $ 18.63   IN TWO CREDIT UNION ACCOUNTS

6.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles, or other valuable property?  ☑ Yes  ☐ No

  If "Yes," describe the asset(s) and state the value of each asset listed:
  I am supposed to have 1% of SparkLabs Foundry, Inc. (written offer but never received the actual stock certificate)

  _____

7.  Do you have any other assets?  ☑ Yes  ☐ No

  If "Yes," list the asset(s) and state the value of each asset listed:
  I own the membership units of two Arizona LLCs (each has a negative book value)
  I have personal effects like clothes, books, and 3 guitars

  I own valuable legal claims including the instant case

8.  Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses?    ☑ Yes  ☐ No

    If "Yes," describe and provide the amount of the monthly expense:
    I live with my mother so I don't have a rent expense.

    ~~But I have a cell phone bill and need to pay transportation to get around.~~
    My cell phone bill has been pretty high recently and is averaging over $200/month (also how I get all data)

9.  List the persons (or, if under 18, initials only) who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support:

10. Do you have any debts or financial obligations?    ☑ Yes  ☐ No

    If "Yes," describe the amounts owed and to whom they are payable:
    Yes, I borrow money from family and friends to survive. Recent loans include about $1000 from my mother

    ~~$4500 from my friend Corey Waggoner, $300 from my friend Nils Waschkau, and $1500 from my friend Christoper Hayes.~~

**If I am incarcerated and filing a prisoner civil rights complaint, I hereby authorize the agency having custody of me to collect from my trust account and forward to the Clerk of the United States District Court, payments toward the full filing fee of $350.00 for a prisoner civil rights complaint, in accordance with 28 U.S.C. § 1915(b).**

I declare under penalty of perjury that the above information is true and correct.

January 26th, 2023                    *CA Wescott*
DATE                                  SIGNATURE OF APPLICANT

                                      Carl A. Wescott
                                      PRINTED NAME OF APPLICANT

EXHIBIT A
―――――――

This is my EBT/SNAP/ food stamps CARD:



... which is active.

C.A. Wescott

JAN 26TH 2022