IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CARL A. WESCOTT, | No. 3:23-cv-00145-YY |
| Plaintiff, | JUDGMENT |
| v. | |
| MR. ROGER M. POLLOCK, and DOES 1 through 10, | |
| Defendants. | |

HERNÁNDEZ, District Judge:

Based on the record, IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice. Pending motions, if any, are denied as moot.

DATED:_____April 18, 2023_____.

_____
MARCO A. HERNÁNDEZ
United States District Judge

1 – JUDGMENT